*Submitted by:*
William S. Bonnheim (Bar No. 068693)
**WILLIAM S. BONNHEIM, PLC**
39-301 Badger Street, Suite 800
Palm Desert, California 92211
Telephone: (760) 772-9696
Facsimile: (760) 772-9690

James V. Weixel, Jr. (Bar No. 166024)
**WEIXEL LAW OFFICE**
2370 Market Street • No. 133
San Francisco, California 94114
Telephone: (415) 682-9785
Facsimile: (866) 640-3918

Attorneys for Plaintiffs
TERRY BROWN and CAROLINE BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY BROWN and CAROLINE BROWN,<br><br>                Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE FINANCIAL CORPORATION, d/b/a ReconTrust Company, its wholly owned subsidiary, a Delaware corporation; all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title thereto; Does 1 through 100, inclusive,<br><br>                Defendants. | No. 3:08-CV-05383 TEH<br><br>**STIPULATION FOR CONTINUANCE OF HEARING AND BRIEFING ON DEFENDANTS' MOTION TO DISMISS**<br><br>**and**<br><br>[~~PROPOSED~~] **ORDER**<br><br>Judge: Hon. Thelton E. Henderson |

       Pursuant to Local Rule 7-7, the parties to this action, through their respective undersigned counsel, hereby stipulate and agree as follows:

       1.     This Stipulation is being made due to the unforeseen recent unavailability of plaintiffs' principal counsel due to health reasons.

1

2. The hearing on the Motion to Dismiss filed by defendants Countrywide Home Loans, Inc. and Countrywide Financial Corporation, which hearing is presently calendared for January 26, 2009 at 10:00 a.m., is continued to February 23, 2009, at 10:00 a.m.

3. The parties agree that under the circumstances, and pursuant to Local Rule 7-7(d), the briefing schedule on the Motion should be continued, and that moving defendants should have more time than usual in which to prepare and file a reply brief. Accordingly, the parties agree that plaintiffs will file their opposition to the Motion on or before January 26, 2009, and that moving defendants may file their reply, if any, on or before February 9, 2009, and respectfully urge the Court to accept said adjustments to the briefing schedule.

Dated: January 2, 2009.                     WILLIAM S. BONNHEIM, PLC

                                            By: _____
                                                 William S. Bonnheim

                                            WEIXEL LAW OFFICE
                                            James V. Weixel, Jr.

                                            Attorneys for Plaintiffs
                                            TERRY BROWN and CAROLINE BROWN

Dated: January 5, 2009.                     BRYAN CAVE LLP

                                            By: _____
                                                 James Goldberg

                                            Attorneys for Defendants
                                            COUNTRYWIDE HOME LOANS, INC. and
                                            COUNTRYWIDE FINANCIAL CORPORATION

2

STIPULATION AND ORDER FOR CONTINUANCE OF HEARING AND BRIEFING
ON DEFENDANTS' MOTION TO DISMISS
*Brown v. Countrywide Home Loans, Inc., et al.* – No. 3:08-CV-05383 TEH

## ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

Dated: January  6 , 2009.



THELTON E. HENDERSON
Senior United States District Judge

3

STIPULATION AND ORDER FOR CONTINUANCE OF HEARING AND BRIEFING
ON DEFENDANTS' MOTION TO DISMISS
*Brown v. Countrywide Home Loans, Inc., et al.* – No. 3:08-CV-05383 TEH