IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY BROWN and CAROLINE BROWN,<br><br>            Plaintiffs,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS, INC. et al.,<br><br>            Defendants. | NO. C 08-5383 TEH<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS |

      To accommodate the Court's calendar, the hearing on Defendant's Motion to Dismiss currently set for March 23, 2009 is hereby CONTINUED to **10 A.M. on April 13, 2009.** The briefing schedule for this motion will remain the same.

**IT IS SO ORDERED.**

Dated: March 2, 2009

                           /s/ Thelton E. Henderson
                           THELTON E. HENDERSON, JUDGE
                           UNITED STATES DISTRICT COURT