**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Stephanie A. Blazewicz, California Bar No. 240359
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:  (415) 675-3400
Facsimile:   (415) 675-3434
Email:       james.goldberg@bryancave.com
Email:       stephanie.blazewicz@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  310-576-2100
Facsimile:   310-576-2200
Email:       reboone@bryancave.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY BROWN and CAROLINE BROWN,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation, et al.<br><br>Defendant. | Case No. C-08-05383-TEH<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEFENDANT'S TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>Date:        April 13, 2009<br>Time:       10:00 a.m.<br>Courtroom: 12, 19th Floor<br>Judge:       Thelton E. Henderson |

    Plaintiffs Terry and Caroline Brown ("Plaintiffs") and Defendant Countrywide Home Loans, Inc. ("CHL") jointly stipulate, pursuant to Civil Local Rules 6-2 and 7-12, to extend the time CHL has to file its Reply Memorandum in

1

days.

In support of their stipulation, the parties state as follows:

1. Plaintiffs filed their Complaint in this action on October 24, 2008, which Defendants moved to dismiss. *See* Docket No. 7.

2. On the day their opposition was due, Plaintiffs filed their First Amended Complaint ("FAC"). *See* Docket No. 10.

3. On February 12, 2009, CHL filed a Motion to Dismiss the FAC. *See* Docket No. 13. That Motion was scheduled to be heard on March 23, 2009, at 10:00 a.m. Plaintiffs filed their Opposition to the Motion on March 2, 2009. *See* Docket No. 16. Pursuant to Civil L.R. 7-3(c), CHL's Reply Memorandum in Support of its Motion to Dismiss was due March 9, 2009 (14 days prior to the March 23, 2009, hearing).

4. On March 3, 2009, this Court, sua sponte, continued the hearing to April 13, 2009. *See* Docket No. 18.

5. The parties believe, that, due to the issues raised, it would be equitable for CHL to receive a 14 day extension to file its Reply Memorandum in Support of its Motion to Dismiss to and until March 23, 2009.

6. If CHL is granted permission to file its Reply on March 23, 2009, the Court would still receive the Reply Memorandum 21 days prior to the hearing. Hence, the Court would not have to reschedule the hearing date in order to accommodate the parties' request.

7. Accordingly, the parties jointly stipulate to extend the date to file the Reply Memorandum in Support of CHL's Motion to Dismiss by 14 days, to and until March 23, 2009.

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111

1  8.   This stipulation is filed in good faith, and not for purpose of delay.

2

3                                       **BRYAN CAVE LLP**
                                        Robert E. Boone, III
4                                       James Goldberg
                                        Stephanie A. Blazewicz
5

6

7                                       By: _____
                                        Attorneys for Defendant
8                                       COUNTRYWIDE HOME LOANS, INC.

9
                                        **WILLIAM S. BONNHEIM, PLC**
10                                      William S. Bonnheim

11
                                        **WEIXEL LAW OFFICE**
12                                      James V. Weixel, Jr.

13

14                                      _____
                                        Attorney for Plaintiffs
15
                                        **ORDER**
16

17          PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19  DATED: March __, 2009             _____
                                        United States District Judge
20

21

22

23

24

25

26

27
    SF01DOCS\2562.1                    3
28
                                                    DEFENDANT'S JOINT STIPULATION
                                                    C-08-05393-TEH

8. This stipulation is filed in good faith, and not for purpose of delay.

**BRYAN CAVE LLP**
Robert E. Boone, III
James Goldberg
Stephanie A. Blazewicz

By: /s/ James Goldberg
Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

**WILLIAM S. BONNHEIM, PLC**
William S. Bonnheim

**WEIXEL LAW OFFICE**
James V. Weixel, Jr.

Attorney for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March _5_, 2009

_____
United States District Judge
Judge Thelton E. Henderson

SF01DOCS\2562.1

3

DEFENDANT'S JOINT STIPULATION
C-08-05393-TEH