1 **WILLIAM S. BONNHEIM, PLC**
William S. Bonnheim, California Bar No. 68693
2 39-301 Badger Street, Suite 800
Palm Desert, CA 92211
3 Telephone:    (760) 772-9696
Facsimile:    (760) 772-9690
4 Email: wbonnheim@wsbplc.com
Attorney for Plaintiffs
5 TERRY BROWN AND CAROLINE BROWN

6 **BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
7 Stephanie A. Blazewicz, California Bar No. 240359
Two Embarcadero Center, Suite 1410
8 San Francisco, CA 94111-3907
Telephone:    (415) 675-3400
9 Facsimile:    (415) 675-3434
Email: james.goldberg@bryancave.com
10 Email: stephanie.blazewicz@bryancave.com

11 **BRYAN CAVE LLP**
Robert E. Boone III, California Bar No.  132780
12 120 Broadway, Suite 300
Santa Monica, California 90401-2386
13 Telephone:    310-576-2100
Facsimile:    310-576-2200
14 Email: reboone@bryancave.com
Attorneys for Defendant
15 COUNTRYWIDE HOME LOANS, INC.

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  TERRY BROWN and CAROLINE BROWN, | Case No. C-08-05383-TEH |
| 20       Plaintiffs, | |
| 21           vs. | **STIPULATION** |
| 22  COUNTRYWIDE HOME LOANS, INC. | |
| 23       Defendant. | |

SF01DOCS\11926.1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

## STIPULATION

It is stipulated between the parties listed below, by and through their counsel, that the case management conference set for May 18, 2009, at 1:30 P.M. be continued to a date to be determined for the following good cause:

That on April 24, 2009, this court granted Defendant's Motion to Dismiss the First Amended Complaint filed in this action.

**IT IS SO STIPULATED.**

Dated: May 8, 2009

**WILLIAM S. BONNHEIM, PLC**

By: /s/ William S. Bonnheim
William S. Bonnheim
Attorneys for Plaintiffs
TERRY BROWN AND CAROLINE BROWN

Dated:  May 8, 2009

**BRYAN CAVE LLP**

By: /s/ James Goldberg
James Goldberg
Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

1  **[PROPOSED] ORDER**

2  **Having reviewed the Stipulation of Plaintiffs TERRY BROWN AND CAROLINE**

3  **BROWN, and Defendant COUNTRYWIDE HOME LOANS, INC., and good cause**

4  **appearing, IT IS ORDERED THAT the case management conference will be continued to**

5  Monday, June 29, 2009 at 1:30 PM.

6  **IT IS SO ORDERED.**

8  Dated:  05/11/09



Hon. Thelton E. Henderson
United States District Court Judge

Judge Thelton E. Henderson

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

SF01DOCS\11926.1