IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY BROWN and CAROLINE BROWN,<br><br>             Plaintiffs,<br><br>     v.<br><br>COUNTRYWIDE HOME LOANS, INC. et al.,<br><br>             Defendants. | NO. C 08-5383 TEH<br><br>ORDER TO SHOW CAUSE |

The Court is in receipt of Defendant's Proposed Entry of Judgment of Dismissal, dated June 2, 2009. Defendant filed this proposed order in light of this Court's order of April 29, 2009, dismissing five of Plaintiffs' causes of action with prejudice and dismissing the fourth cause of action with leave to amend. Defendant seeks entry of judgment against the Plaintiffs for failure to file an amended complaint since that time.

Accordingly, and good cause appearing, Plaintiffs Terry and Caroline Brown are ordered to show cause why their case should not be dismissed for failure to prosecute. Written response to this order shall be filed no later than 5:00 P.M. on June 11, 2009. Failure to file papers responsive to this order shall result in the dismissal of the case.

**IT IS SO ORDERED.**

Dated: June 9, 2009

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT