United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY BROWN and CAROLINE BROWN,<br><br>     Plaintiffs,<br><br>     v.<br><br>COUNTRYWIDE HOME LOANS, INC. et al.,<br><br>     Defendants. | NO. C 08-5383 TEH<br><br>ORDER FOR ENTRY OF JUDGMENT OF DISMISSAL |

On June 9, 2009, in response to Defendant's Proposed Entry of Judgment of Dismissal, dated June 2, 2009, the Court entered an Order to Show Cause, ordering Plaintiffs Terry and Caroline Brown "to show cause why their case should not be dismissed for failure to prosecute." The Order specified that the "[f]ailure to file papers responsive to this order shall result in the dismissal of the case." Plaintiffs have filed no response.

Accordingly, and good cause appearing, the Court finds that Plaintiffs have failed to prosecute their case. The Court has signed the attached Proposed Entry of Judgment of Dismissal. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 16, 2009

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT